NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOE E. MORGAN,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5018

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-504, Judge George W. Miller.

---

**ON MOTION**

---

**ORDER**

Joe E. Morgan moves without opposition to file a "supplemental informal brief with supporting attachments," which the court construes as a motion to file a corrected brief.

Accordingly,

IT IS ORDERED THAT:

The motion is granted. Morgan's corrected brief is due within 21 days from the date of filing of this order.

The United States shall calculate the due date for their brief from the date of service of Morgan's corrected brief.

FOR THE COURT

FEB 2 2 2012

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc:  Joe E. Morgan
     Lauren S. Moore, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 2 2012

JAN HORBALY
CLERK